### SUTHERLAND v. TROY & B. R. CO.

(Supreme Court, General Term, Third Department.   March 1, 1894.)

Action by Rebecca Sutherland against the Troy & Boston Railroad Company.
Argued before MAYHAM, P. J., and HERRICK and PUTNAM, JJ.
No opinion.   Motion for reargument denied, with $10 costs.  See 26 N. Y. Supp. 237.

### CLAY et al., Appellants, v. HAYES et al., Respondents.

(Supreme Court, General Term, Fourth Department.   February 15, 1894.)

Action by Harry G. Clay and others, trustees of the estate which was formerly of William Bingham, the elder, deceased, against George C. Hayes and another.
Argued before HARDIN, P. J., and MERWIN, J.
No opinion.   Order affirmed, with $10 costs and disbursements.

### LESTER, Respondent, v. WRIGHT, Appellant.

(Supreme Court, General Term, Fourth Department.   February 15, 1894.)

Action by George Lester against William A. Wright.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.   Order reversed, with $10 costs and disbursements, and motion granted, without costs.

### McCALLUM, Respondent, v. HOBOKEN FERRY CO., Appellant.

(Supreme Court, General Term, Fourth Department.   February 15, 1894.)

Action by John W. McCallum against the Hoboken Ferry Company.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.   Judgment and order affirmed, with costs, and leave granted to defendant to answer, on payment of costs of demurrer and of the appeal.

### MAYHEW, Appellant, v. TOWN BOARD OF MARCY, Respondent.

(Supreme Court, General Term, Fourth Department.   February 15, 1894.)

Action by Mortimer M. Mayhew for a writ of certiorari against the town board of the town of Marcy.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.   Order affirmed, with $10 costs and disbursements.

### MORRISON, Respondent, v. EVERITT, Appellant.

(Supreme Court, General Term, Fourth Department.   February 15, 1894.)

Action by Ralph W. Morrison against Jacob L. Everitt.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.   Judgment of the county court affirmed, with costs.